AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  05 - 287

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

FILED 2005 MAY 12 AM 10: 13 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF _____9_____ COPIES OF AO FORM 85.

___5/12/2005___
(Date forms issued)

___[signature]___
(Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action