## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed (1) Motion For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Selection Of Lead Counsel; (2) Declaration Of Jeffrey S. Goddess, In Support Of The Motion Of City Of Deerfield Beach For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Selection Of Lead Counsel; and (3) Memorandum In Support Of The Motion Of City Of Deerfield Beach For Consolidation, Appointment As Lead Plaintiffs And For Approval Of Selection Of Lead Counsel, using CM/ECF, which will send notification of such filing to the following:

>Seth D. Rigrodsky, Esquire
>Milberg Weiss Bershad & Schulman LLP
>919 Market Street, Suite 411
>Wilmington, DE 19801
>srigrodsky@milbergweiss.com
>
>Ralph Nicholas Sianni, Esquire
>Milberg Weiss Bershad & Schulman LLP
>919 Market Street, Suite 411
>Wilmington, DE 19801
>rsianni@milbergweiss.com
>
>A. Zachary Naylor, Esquire
>Chimicles & Tikellis LLP
>One Rodney Square
>P. O. Box 1035
>Wilmington, DE 19899
>zacharynaylor@chimicles.com
>
>Joseph N. Gielata, Esquire
>501 Silverside Road, Suite 90
>Wilmington, DE 19809
>joe@gielatalaw.com

I further certify that on July 5, 2005, I have caused the above-listed documents to be sent by first-class mail to all additional counsel on the attached service list.

                                               /s/ Jeffrey S. Goddess
                                          Jeffrey S. Goddess (Del. Bar No. 630)
                                          Rosenthal, Monhait, Gross
                                              & Goddess, P.A.
                                          Suite 1401, 919 Market Street
                                          P. O. Box 1070
                                          Wilmington, DE 19899-1070
                                          (302) 656-4433
                                          jgoddess@rmgglaw.com

MBNA CORP. (DE)
Service List - 7/1/2005   (05-0098D)
Page 1 of 3

**Counsel For Defendant(s)**

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
　212/558-4000
　212/558-3588(Fax)

Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, DE 19899
　302/571-6600
　302/571-1253(Fax)

**Counsel For Plaintiff(s)**

Joshua M. Lifshitz
Bull & Lifshitz LLP
18 E. 41st Street
New York, NY 10017
　212/213-6222
　212/213-9405(Fax)

Frank J. Johnson
Johnson Law Firm, A P.C.
402 W. Broadway, 27th Floor
San Diego, CA 92101
　619/230-0063
　619/230-1839(Fax)

Deborah R. Gross
Robert P. Frutkin
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Juniper and Market Streets
Philadelphia, PA 19107
　215/561-3600
　215/561-3000(Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
　410/332-0030
　410/685-1300(Fax)

James M. Orman
Law Offices of James M. Orman
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
　215/523-7800
　215/523-9290(Fax)

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
　561/750-3000
　561/750-3364(Fax)

MBNA CORP. (DE)
Service List - 7/1/2005   (05-0098D)
Page 2 of 3

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
   631/367-7100
   631/367-1173 (Fax)

Seth D. Rigrodsky
Ralph N. Sianni
Brian D. Long
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 411
Wilmington, DE 19801
   302/984-0597
   302/984-0870 (Fax)

David R. Scott
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT 06415
   860/537-5537
   860/537-4432 (Fax)

Karen Hanson Riebel
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
   612/339-6900
   612/339-0981 (Fax)

Steven G. Schulman
Peter E. Seidman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
   212/594-5300
   212/868-1229 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
   610/667-7706
   610/667-7056 (Fax)

Arthur L. Shingler III
Scott + Scott, LLC
401 B Street, Suite 307
San Diego, CA 92101
   619/233-4565
   619/233-0508 (Fax)

MBNA CORP. (DE)
Service List - 7/1/2005   (05-0098D)
Page 3 of 3

| | |
|---|---|
| Stephen A. Weiss<br>Eric T. Chaffin<br>Roopal Luhana<br>Seeger Weiss LLP<br>1 William Street<br>New York, NY 10004-2502<br>  212/584-7000<br>  212/584-0799(Fax) | Lester L. Levy<br>Michael A. Schwartz<br>Caroline S. Curtiss<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022<br>  212/759-4600<br>  212/486-2093(Fax) |