IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. BAKER, On behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>               Defendants. | Case No. 1:05-cv-00272-GMS<br><br>CLASS ACTION |
| ROCHELLE PHILLIPS, On behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, and KENNETH . VECCHIONE,<br><br>               Defendants. | Case No. 1:05-cv-00277-GMS<br><br>CLASS ACTION |

**(Additional Captions Set Forth Below)**

―――――――――――――――――――――――――x
:
ROBERT WILKINS, Individually and on behalf : 
of all others similarly situated, : Case No. 1:05-cv-00287-GMS
:
     Plaintiff, : CLASS ACTION
:
 vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
     Defendants. :
:
―――――――――――――――――――――――――x
:
LEONARD BRONSTEIN, On behalf of himself :
and all others similarly situated, : Case No. 1:05-cv-00289-GMS
:
     Plaintiff, : CLASS ACTION
:
 vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
     Defendants. :
:
―――――――――――――――――――――――――x

----------------------------------------------------------------X
:
GREG PENN, On behalf of himself and all others        :
similarly situated,                                    :    Case No. 1:05-cv-00293-GMS
:
Plaintiff,                         :    CLASS ACTION
:
vs.                                                    :
:
MBNA CORP., BRUCE L. HAMMONDS,                         :
KENNETH A. VECCHIONE, RICHARD K.                       :
STRUTHERS, and LANCE L. WEAVER,                        :
:
Defendants.                        :
:
----------------------------------------------------------------X
:
CLIFFORD W. JONES, On behalf of himself and           :
all others similarly situated,                         :    Case No. 1:05-cv-00316-GMS
:
Plaintiff,                         :    CLASS ACTION
:
vs.                                                    :
:
MBNA CORP., BRUCE L. HAMMONDS, and                     :
KENNETH A. VECCHIONE,                                  :
:
Defendants.                        :
:
----------------------------------------------------------------X
:
MICHAEL D. BLUM, On behalf of himself and             :
all others similarly situated,                         :    Case No. 1:05-cv-00372-GMS
:
Plaintiff,                         :    CLASS ACTION
:
vs.                                                    :
:
MBNA CORP., BRUCE L. HAMMONDS,                         :
KENNETH A. VECCHIONE, JOHN R.                          :
COCRAN, III, RICHARD K. STRUTHERS, and                 :
LANCE L. WEAVER                                        :
:
Defendants.                        :
:
----------------------------------------------------------------X

————————————————————x
:
THOMAS J. CUSSEN, On behalf of himself and  :
all others similarly situated,               :   Case No. 1:05-cv-00389-GMS
                                             :
             Plaintiff,                      :   CLASS ACTION
                                             :
    vs.                                      :
                                             :
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCRAN, III, MICHAEL G. RHODES,           :
LANCE L. WEAVER and JOHN W. SCHEFLEN,        :
                                             :
             Defendants.                     :
                                             :
————————————————————x

## [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3. Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4. Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____, 2005

_____
United States District Court Judge