## **CERTIFICATE OF SERVICE**

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the foregoing **MEMORANDUM OF LAW IN SUPPORT OF ACTIVEST TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL** to be electronically filed with the Clerk of Court using CM/ECF, and to be served by regular U.S. Mail to all parties listed on the attached service list on this 5th day of July 2005.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE  19801
(302) 984-0597
E-mail:  rsianni@milbergweiss.com

# MBNA CORP.

## Service List

*Counsel for Plaintiffs:*

Curtis V. Trinko
Jeffrey B. Silverstein
**LAW OFFICES OF CURTIS V. TRINKO, LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
Tel.: (212) 490-9550
Fax: (212) 986-0158

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

Joseph A. Rosenthal
Jeffrey S. Goddess
**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**
919 Market Street, Suite 1401
Wilmington, DE 19801
Tel.: (302) 656-4433
Fax: (302) 658-7567

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
401 B Street, Suite 1600
San Diego, CA 92101-4297
Tel.: (619) 231-1058
Fax: (619) 231-7423

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

James M. Orman
**JAMES M. ORMAN, ATTORNEY AT LAW**
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel.: (215) 523-7800
Fax: (215) 523-9290

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Karen H. Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtis
**WOLF POPPER, LLP**
845 Third Avenue
New York, NY 10017
Tel.: (212) 759-4600
Fax: (212) 486-2093

Charles J. Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
Tel.: (410) 332-0030
Fax: (410) 685-1300

David R. Scott
Arthur L. Shingler, III
**SCOTT + SCOTT LLC**
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
Tel.: (619) 233-4565

*Counsel for Defendants*

**MBNA Corporation**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801