IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

———————————————————————x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated, : Case No. 1:05-cv-00272-GMS
:
                 Plaintiff, : CLASS ACTION
:
   vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                 Defendants. :
:
———————————————————————x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-00277-GMS
:
                 Plaintiff, : CLASS ACTION
:
   vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE, :
:
                 Defendants. :
:
———————————————————————x

**(Additional Captions Set Forth Below)**

**DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF ACTIVEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

|  |  |
|---|---|
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, | Case No. 1:05-cv-00287-GMS |
| Plaintiff, | CLASS ACTION |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | |
| Defendants. | |

|  |  |
|---|---|
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated, | Case No. 1:05-cv-00289-GMS |
| Plaintiff, | CLASS ACTION |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | |
| Defendants. | |

```
─────────────────────────────────────x
                                     :
GREG PENN, On behalf of himself and  :
all others similarly situated,       :    Case No. 1:05-cv-00293-GMS
                                     :
              Plaintiff,             :    CLASS ACTION
                                     :
     vs.                             :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, and LANCE L. WEAVER,      :
                                     :
              Defendants.            :
                                     :
─────────────────────────────────────x
                                     :
CLIFFORD W. JONES, On behalf of      :
himself and all others similarly     :
situated,                            :    Case No. 1:05-cv-00316-GMS
                                     :
              Plaintiff,             :    CLASS ACTION
                                     :
     vs.                             :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
and KENNETH A. VECCHIONE,            :
                                     :
              Defendants.            :
                                     :
─────────────────────────────────────x
                                     :
MICHAEL D. BLUM, On behalf of        :
himself and all others similarly     :
situated,                            :    Case No. 1:05-cv-00372-GMS
                                     :
              Plaintiff,             :    CLASS ACTION
                                     :
     vs.                             :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, JOHN R.        :
COCRAN, III, RICHARD K. STRUTHERS,   :
and LANCE L. WEAVER,                 :
                                     :
              Defendants.            :
                                     :
─────────────────────────────────────x
```

```
─────────────────────────────────────x
THOMAS J. CUSSEN, On behalf of himself and   :
all others similarly situated,               :   Case No. 1:05-cv-00389-GMS
                                             :
                Plaintiff,                   :   CLASS ACTION
                                             :
        vs.                                  :
                                             :
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCRAN, III, MICHAEL G. RHODES,           :
LANCE L. WEAVER and JOHN W. SCHEFLEN,        :
                                             :
                Defendants.                  :
                                             :
─────────────────────────────────────x
```

RALPH SIANNI, of full age, hereby declares under penalties of perjury:

1. I am associated with the law firm of Milberg Weiss Bershad & Schulman LLP. I submit this Declaration in Support of the Motion of Activest for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection Of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *Business Wire* on May 5, 2005.

3. Attached hereto as Exhibit B is a true and accurate copy of the PSLRA certification of Activest.

4. Attached hereto as Exhibit C is a chart analyzing Activest's financial interest in the litigation.

5. Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman LLP.

Dated: July 5, 2005                    /s/ Ralph Sianni
                                       Ralph Sianni