UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
JAMES M. BAKER                              )
                                            )   Index No. 05-CV-00272
                                            )
         Plaintiff,                         )
                                            )
    vs.                                     )
                                            )
MBNA CORP., BRUCE L. HAMMONDS,              )
KENNETH A. VECCHIONE, RICHARD K.            )
STRUTHERS, CHARLES C. KRULAK,               )
JOHN R. COCHRAN, III, MICHAEL G.            )
RHODES, LANCE L. WEAVER, AND                )
JOHN W. SCHEFLEN,                           )
                                            )
         Defendants.                        )
---------------------------------------------------------------x
---------------------------------------------------------------x
ROCHELLE PHILLIPS                           )
                                            )   Index No. 05-CV-00277
         Plaintiff,                         )
                                            )
    vs.                                     )
                                            )
MBNA CORP., BRUCE L. HAMMONDS,              )
KENNETH A. VECCHIONE,                       )
                                            )
         Defendants.                        )
---------------------------------------------------------------x

FILED

JUL 12 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[Caption continued on next page]

```
-------------------------------------------------------------x
ROBERT WILKINS                                               )
                                                             )   Index No. 05-CV-00287
                    Plaintiff,                               )
                                                             )
          vs.                                                )
                                                             )
MBNA CORP., BRUCE L. HAMMONDS,                               )
KENNETH A. VECCHIONE, RICHARD K.                             )
STRUTHERS, CHARLES C. KRULAK,                                )
JOHN R. COCHRAN, III, MICHAEL G.                             )
RHODES, LANCE L. WEAVER, AND                                 )
JOHN W. SCHEFLEN,                                            )
                                                             )
                    Defendants.                              )
-------------------------------------------------------------x
-------------------------------------------------------------x
LEONARD BRONSTEIN                                            )
                                                             )   Index No. 05-CV-00289
                    Plaintiff,                               )
                                                             )
          vs.                                                )
                                                             )
MBNA CORP., BRUCE L. HAMMONDS,                               )
KENNETH A. VECCHIONE, RICHARD K.                             )
STRUTHERS, CHARLES C. KRULAK,                                )
JOHN R. COCHRAN, III, MICHAEL G.                             )
RHODES, LANCE L. WEAVER, AND                                 )
JOHN W. SCHEFLEN,                                            )
                                                             )
                    Defendants.                              )
-------------------------------------------------------------x
```

[Caption continued on next page]

```
-----------------------------------------------------------x
GREG PENN                                                  )
                                                           )   Index No. 05-CV-00293
                              Plaintiff,                   )
                                                           )
                vs.                                        )
                                                           )
MBNA CORP., BRUCE L. HAMMONDS,                             )
KENNETH A. VECCHIONE, RICHARD K.                           )
STRUTHERS, CHARLES C. KRULAK,                              )
JOHN R. COCHRAN, III, MICHAEL G.                           )
RHODES, LANCE L. WEAVER,                                   )
                                                           )
                              Defendants.                  )
-----------------------------------------------------------x
-----------------------------------------------------------x
CLIFFORD W. JONES                                          )
                                                           )   Index No. 05-CV-00316
                              Plaintiff,                   )
                                                           )
                vs.                                        )
                                                           )
MBNA CORP., BRUCE L. HAMMONDS,                             )
KENNETH A. VECCHIONE,                                      )
                                                           )
                              Defendants.                  )
-----------------------------------------------------------x
-----------------------------------------------------------x
LEMON BAY PARTNERS LLP                                     )
                                                           )   Index No. 05-CV-00327
                              Plaintiff,                   )
                                                           )
                vs.                                        )
                                                           )
BRUCE L. HAMMONDS,                                         )
KENNETH A. VECCHIONE, RICHARD K.                           )
STRUTHERS,JOHN R. COCHRAN, III,                            )
 LANCE L. WEAVER, AND MBNA CORP.                           )
                                                           )
                              Defendants.                  )
-----------------------------------------------------------x
```

[Caption continued on next page]

```
-------------------------------------------------------------x
DONALD R. BENOIT                                )
                                                )    Index No. 05-CV-00361
                Plaintiff,                      )
                                                )
        vs.                                     )
                                                )
BRUCE L. HAMMONDS, JOHN R. COCHRAN              )
III, RICHARD K STRUTHERS, KENNETH A.            )
VECCHIONE, LANCE L. WEAVER, CHARLES             )
C. KRULAK, MICHAEL G. RHODES, JOHN              )
W. SCHEFLEN, JAMES H. BERICK, MARY M.           )
BOIES, BENJAMIN R. CIVILETTI, WILLIAM           )
L. JEWS, RANDOLPH D. LERNER, STUART             )
L. MARKOWITZ, WILLIAM B. MILSTEAD,              )
LAURA S. UNGER, THOMAS G. MURDOUGH,             )
AND MBNA CORP.                                  )
                                                )
                Defendants.                     )
-------------------------------------------------------------x
-------------------------------------------------------------x
MICHAEL D. BLUM                                 )
                                                )    Index No. 05-CV-00372
                Plaintiff,                      )
                                                )
        vs.                                     )
                                                )
MBNA CORP., BRUCE L. HAMMONDS,                  )
KENNETH A. VECCHIONE, JOHN R.                   )
COCHRAN, III, RICHARD K STRUTHERS,              )
LANCE L. WEAVER,                                )
                                                )
                Defendants.                     )
-------------------------------------------------------------x
```

[Caption continued on next page]

```
---------------------------------------------------------------x
THOMAS J. CUSSEN                              )
                                              )    Index No. 05-CV-00389
                Plaintiff,                    )
                                              )
                                              )
        vs.                                   )
                                              )
                                              )
MBNA CORP., BRUCE L. HAMMONDS,                )
KENNETH A. VECCHIONE, RICHARD K.              )
STRUTHERS, CHARLES C. KRULAK,                 )
JOHN R. COCHRAN, III, MICHAEL G.              )
RHODES, LANCE L. WEAVER, AND                  )
JOHN W. SCHEFLEN,                             )
                                              )
                Defendants.                   )
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, CURTIS V. TRINKO, certify that true and correct copies of the NOTICE OF FILING were served upon the following attorneys by means of postage pre-paid first class mail through the U.S. Mail system on this date:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, California 92101

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 South Federal Highway, Suite 200
Boca Raton, Florida 33432

Richard M. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

Ralph Nicholas Sianni
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph N. Gielata
Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809


Dated: July 5, 2005
      New York, New York

_____
Curtis V. Trinko