# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS

RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6651
DIRECT FAX: 302-576-3319
rmorse@ycst.com

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

September 13, 2005

**BY E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *Baker v. MBNA Corp., et al*, Case No. 1:05-cv-00272-GMS;
       *Phillips v. MBNA Corp., et al*, Case No. 1:05-cv-00277-GMS;
       *Wilkins v. MBNA Corp., et al.*, Case No. 1:05-cv-00287-GMS;
       *Bronstein v. MBNA Corp., et al.*, Case No. 1:05-cv-00289-GMS;
       *Penn v. MBNA Corp., et al.*, Case No. 1:05-cv-00293-GMS;
       *Jones v. MBNA Corp., et al.*, Case No. 1:05-cv-00316-GMS;
       *Blum v. MBNA Corp., et al.*, Case No. 1:05-cv-00372-GMS

Dear Judge Sleet:

    With this letter we are filing a proposed stipulated order which would set a time for the proposed Lead Plaintiff[1] to file a consolidated amended complaint and establish an agreed upon schedule for the parties to respond.

    The parties' goal in requesting this schedule is to put the case on an appropriate track and to facilitate the coordination of the proceedings in this case with other closely related cases also pending before Your Honor. In addition to the seven putative class actions to which the proposed stipulated order is directed, there are pending in this court two derivative actions

---

[1] On July 5, 2005, putative class member Activest Investmentgesellschaft mbH for the accounts of the PT-Master fund and Enerfonds, filed an unopposed motion for consolidation of these actions, for appointment as Lead Plaintiff and for approval of selection of Lead Counsel. (D.I. 17 in Case No. 1:05-cv-00272-GMS).

Young Conaway Stargatt & Taylor, LLP
The Honorable Gregory M. Sleet
September 13, 2005
Page 2

based on similar factual allegations, *Lemon Bay Partners, LLP v. Bruce L. Hammonds, et al.*, Case No. 1:05-cv-00327-GMS, and *Donald F. Benoit v. Bruce L. Hammonds, et al.*, Case No. 1:05-cv-00361-GMS, which have been consolidated by stipulated order, a putative class action asserting violations of the Employer Retirement Income Security Act, *Cannon v. MBNA Corp., et al.*, Case No. 1:05-cv-00429 (D. Del. filed June 24, 2005), and two putative class actions, *Kimball v. MBNA Corp., et al.*, Case No. 1:05-cv-00643-UNA, and *McMath v. MBNA Corp., et al.*, Case No. 1:005-cv-00644-UNA, recently transferred to this court from the United States District Court for the Southern District of New York. In addition, there is one derivative case pending in Maryland state court.

The proposed stipulated order would give the Lead Plaintiff sixty days from the date of entry of the order to file a consolidated amended complaint, and defendants thereafter would have sixty days to respond to the complaint. If a motion to dismiss is made, the lead plaintiff would then have sixty days to file its answering brief and the defendants would have forty-five days to submit their reply. These time periods are similar to those that have been proposed – and, in the case of the derivative actions, agreed to by the parties and approved by the Court – in the other related actions. The parties believe that coordination of the proceedings will result in substantial efficiencies both for the court and the parties in these actions.

Respectfully yours,

*Richard H. Morse*

Richard H. Morse (No. 531)

RHM:mmeeh
Enclosure

cc: Clerk of the Court (by e-filing)
    Jeffrey Goddess, Esquire (by e-filing)
    Ralph N. Sianni, Esquire (by e-filing)
    Edward P. Welch, Esquire (by e-mail)
    Richard C. Pepperman, II, Esquire (by e-mail)