IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated,                    :   Case No. 1:05-cv-00272-GMS
                                              :
                    Plaintiff,                :   <u>CLASS ACTION</u>
                                              :
        vs.                                   :
                                              :
MBNA CORP., BRUCE L. HAMMONDS,                :
KENNETH A. VECCHIONE, RICHARD K.              :
STRUTHERS, CHARLES C. KRULAK, JOHN            :
R. COCHRAN, III, MICHAEL G. RHODES,           :
LANCE L. WEAVER, and JOHN W.                  :
SCHEFLEN**,**                                 :
                                              :
                    Defendants.               :
                                              :
---------------------------------------------------------------x
                                              :
ROCHELLE PHILLIPS, On behalf of herself and   :
all others similarly situated,                :   Case No. 1:05-cv-00277-GMS
                                              :
                    Plaintiff,                :   <u>CLASS ACTION</u>
                                              :
        vs.                                   :
                                              :
MBNA CORP., BRUCE L. HAMMONDS, and            :
KENNETH . VECCHIONE**,**                      :
                                              :
                    Defendants.               :
                                              :
---------------------------------------------------------------x

**(Additional Captions Set Forth Below)**


**<u>NOTICE OF CHANGE OF FIRM ADDRESS</u>**

───────────────────────────────x
:
ROBERT WILKINS, Individually and on behalf  :
of all others similarly situated,            :   Case No. 1:05-cv-00287-GMS
:
          Plaintiff,     :   <u>CLASS ACTION</u>
:
   vs.                   :
:
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCHRAN, III, MICHAEL G. RHODES,          :
LANCE L. WEAVER, and JOHN W.                 :
SCHEFLEN,                                    :
:
          Defendants.    :
:
───────────────────────────────x
:
LEONARD BRONSTEIN, On behalf of himself      :
and all others similarly situated,           :   Case No. 1:05-cv-00289-GMS
:
          Plaintiff,     :   <u>CLASS ACTION</u>
:
   vs.                   :
:
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCHRAN, III, MICHAEL G. RHODES,          :
LANCE L. WEAVER, and JOHN W.                 :
SCHEFLEN,                                    :
:
          Defendants.    :
:
───────────────────────────────x

―――――――――――――――――――――――――x
:
GREG PENN, On behalf of himself and all others similarly situated, :
: Case No. 1:05-cv-00293-GMS
:
                Plaintiff, : <u>CLASS ACTION</u>
:
  vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER, :
:
:
:
                Defendants. :
:
―――――――――――――――――――――――――x
:
CLIFFORD W. JONES, On behalf of himself and all others similarly situated, :
: Case No. 1:05-cv-00316-GMS
:
                Plaintiff, : <u>CLASS ACTION</u>
:
  vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE, :
:
                Defendants. :
:
―――――――――――――――――――――――――x
:
MICHAEL D. BLUM, On behalf of himself and all others similarly situated, :
: Case No. 1:05-cv-00372-GMS
:
                Plaintiff, : <u>CLASS ACTION</u>
:
  vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER, :
:
:
:
                Defendants. :
:
―――――――――――――――――――――――――x

```
─────────────────────────────────────x
                                      :
THOMAS J. CUSSEN, On behalf of himself and  :
all others similarly situated,        :   Case No. 1:05-cv-00389-GMS
                                      :
              Plaintiff,              :   CLASS ACTION
                                      :
    vs.                               :
                                      :
MBNA CORP., BRUCE L. HAMMONDS,        :
KENNETH A. VECCHIONE, RICHARD K.      :
STRUTHERS, CHARLES C. KRULAK, JOHN    :
R. COCRAN, III, MICHAEL G. RHODES,    :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
                                      :
              Defendants.             :
                                      :
─────────────────────────────────────x
```

**PLEASE TAKE NOTICE** that effective immediately, Milberg Weiss Bershad & Schulman LLP has relocated its Delaware office to the following new address:

> **MILBERG WEISS BERSHAD & SCHULMAN LLP**
> 919 North Market Street
> Suite 980
> Wilmington, DE 19801
> Telephone: (302) 984-0597
> Facsimile: (302) 984-0870

Please note that all phone and fax numbers remain the same.

DATED: October 7, 2005                    Respectfully submitted,

 

                                                      **MILBERG WEISS BERSHAD**
                                                       **& SCHULMAN LLP**

                                                       By: /s/ Ralph N. Sianni
                                                       Seth D. Rigrodsky, Esq. (#3147)
                                                       Ralph Sianni, Esq. (#4151)
                                                       919 N. Market Street, Suite 980
                                                       Wilmington, Delaware 19801
                                                       (302) 984-0597

                                                               --and--

2

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
(212) 594-5300

**Proposed Lead Counsel**

3

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on this 7th day of October, 2005, I caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM ADDRESS t**o be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| Joseph A. Rosenthal<br>Jeffrey S. Goddess<br>**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801<br>Tel.: (302) 656-4433<br>Email: rmgg@rmgglaw.com | Richard H. Morse<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Tel.: (302) 571-6651<br>E-mail: rmorse@ycst.com |

In addition, I also caused the foregoing document to be served by regular U.S. Mail to all parties listed on the attached service list.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

## MBNA CORP.

### Service List

*Counsel for Plaintiffs:*

| | |
|---|---|
| Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel.: (412) 391-5164<br>Fax: (412) 471-1033 | William S. Lerach<br>Darren J. Robbins<br>Mary K. Blasy<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel.: (619) 231-1058<br>Fax: (619) 231-7423 |
| Karen H. Riebel<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel.: (612) 339-6900<br>Fax: (612) 339-0981 | Joshua M. Lifshitz<br>**BULL & LIFSHITZ, LLP**<br>18 East 41st Street<br>New York, NY 10017<br>Tel.: (212) 213-6222<br>Fax: (212) 213-9405 |
| Frank J. Johnson<br>**JOHNSON LAW FIRM, A P.C.**<br>402 West Broadway, 27th Floor<br>San Diego, CA 92101<br>Tel.: (619) 230-0063<br>Fax: (619) 230-1839 | Deborah R. Gross<br>Robert P. Frutkin<br>**LAW OFFICES OF BERNARD M. GROSS, P.C.**<br>Wannamaker Building, Suite 450<br>Juniper and Market Street<br>Philadelphia, PA 19107<br>Tel.: (215) 561-3600<br>Fax: (215) 561-3000 |
| Marc A. Topaz<br>Richard A. Maniskas<br>Tamara Skvirsky<br>**SCHIFFRIN & BARROWAY, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706<br>Fax: (610) 667-7056 | David R. Scott<br>Arthur L. Shingler, III<br>**SCOTT + SCOTT LLC**<br>Wells Fargo Building<br>401 B Street, Suite 307<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508 |

- 3 -

James M. Orman
**JAMES M. ORMAN, ATTORNEY AT LAW**
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel.: (215) 523-7800
Fax: (215) 523-9290

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtis
**WOLF POPPER, LLP**
845 Third Avenue
New York, NY 10017
Tel.: (212) 759-4600
Fax: (212) 486-2093

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

- 3 -