## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

———————————————————————x

JAMES M. BAKER, On behalf of himself and all
others similarly situated,
         Case No. 1:05-cv-00272-GMS

             Plaintiff,
         <u>CLASS ACTION</u>

      vs.

MBNA CORP., BRUCE L. HAMMONDS,
KENNETH A. VECCHIONE, RICHARD K.
STRUTHERS, CHARLES C. KRULAK, JOHN
R. COCHRAN, III, MICHAEL G. RHODES,
LANCE L. WEAVER, and JOHN W.
SCHEFLEN,

           Defendants.

———————————————————————x

ROCHELLE PHILLIPS, On behalf of herself and
all others similarly situated,
         Case No. 1:05-cv-00277-GMS

             Plaintiff,
         <u>CLASS ACTION</u>

      vs.

MBNA CORP., BRUCE L. HAMMONDS, and
KENNETH . VECCHIONE,

           Defendants.

———————————————————————x

**(Additional Captions Set Forth Below)**

```
------------------------------------------x
                                          :
ROBERT WILKINS, Individually and on behalf :
of all others similarly situated,         :    Case No. 1:05-cv-00287-GMS
                                          :
              Plaintiff,                   :    CLASS ACTION
                                          :
       vs.                                 :
                                          :
MBNA CORP., BRUCE L. HAMMONDS,             :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCHRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER, and JOHN W.               :
SCHEFLEN,                                  :
                                          :
              Defendants.                  :
                                          :
------------------------------------------x
                                          :
LEONARD BRONSTEIN, On behalf of himself    :
and all others similarly situated,         :    Case No. 1:05-cv-00289-GMS
                                          :
              Plaintiff,                   :    CLASS ACTION
                                          :
       vs.                                 :
                                          :
MBNA CORP., BRUCE L. HAMMONDS,             :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCHRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER, and JOHN W.               :
SCHEFLEN,                                  :
                                          :
              Defendants.                  :
                                          :
------------------------------------------x
```

————————————————————x
            :
GREG PENN, On behalf of himself and all others  :
similarly situated,           :    Case No. 1:05-cv-00293-GMS
            :
          Plaintiff,  :    <u>CLASS ACTION</u>
            :
     vs.       :
            :
MBNA CORP., BRUCE L. HAMMONDS,  :
KENNETH A. VECCHIONE, RICHARD K.  :
STRUTHERS, and LANCE L. WEAVER,  :
            :
         Defendants.  :
            :
————————————————————x
            :
CLIFFORD W. JONES, On behalf of himself and  :
all others similarly situated,    :    Case No. 1:05-cv-00316-GMS
            :
          Plaintiff,  :    <u>CLASS ACTION</u>
            :
     vs.       :
            :
MBNA CORP., BRUCE L. HAMMONDS, and  :
KENNETH A. VECCHIONE,  :
            :
         Defendants.  :
            :
————————————————————x
            :
MICHAEL D. BLUM, On behalf of himself and  :
all others similarly situated,    :    Case No. 1:05-cv-00372-GMS
            :
          Plaintiff,  :    <u>CLASS ACTION</u>
            :
     vs.       :
            :
MBNA CORP., BRUCE L. HAMMONDS,  :
KENNETH A. VECCHIONE, JOHN R.  :
COCRAN, III, RICHARD K. STRUTHERS, and  :
LANCE L. WEAVER  :
            :
         Defendants.  :
            :
————————————————————x

```
                                                    ─x
                                                     :
SCOTT KIMBALL, On behalf of himself and all          :
others similarly situated,                           :     Case No. 1:05-cv-00643-GMS
                                                     :
                    Plaintiff,                        :     CLASS ACTION
                                                     :
        vs.                                           :
                                                     :
MBNA CORP., BRUCE L. HAMMONDS,                        :
KENNETH A. VECCHIONE, RICHARD K.                     :
STRUTHERS, CHARLES C. KRULAK, JOHN                   :
R. COCRAN, III, MICHAEL G. RHODES,                  :
LANCE L. WEAVER and JOHN W. SCHEFLEN,                :
                                                     :
                    Defendants.                      :
                                                     :
                                                    ─x
                                                     :
VIRGINIA MCMATH, On behalf of herself and            :
all others similarly situated,                       :     Case No. 1:05-cv-00644-GMS
                                                     :
                    Plaintiff,                        :     CLASS ACTION
                                                     :
        vs.                                           :
                                                     :
MBNA CORP., BRUCE L. HAMMONDS,                        :
KENNETH A. VECCHIONE, RICHARD K.                     :
STRUTHERS, CHARLES C. KRULAK, JOHN                   :
R. COCRAN, III, MICHAEL G. RHODES,                  :
LANCE L. WEAVER and JOHN W. SCHEFLEN,                :
                                                     :
                    Defendants.                      :
                                                     :
                                                    ─x
```

## ORDER CONSOLIDATING ACTIONS AND
## APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the

PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3.      Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

4.      Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: _Oct 13_ , 2005

United States District Court Judge

```
FILED

OCT 1 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```